UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FERNANDO G. LOPEZ,

    Plaintiff,

  v.

NICK NGUYEN, et al.,

    Defendants.

Case No.  13-cv-03870-CRB   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on February 26, 2015 at San Quentin State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff, Fernando G. Lopez Pro Se

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General

    (X) Other: Julia Hill, Esq. and Jon A. Heaberlin, Esq.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1    (X) The parties are unable to reach an agreement at this time.

2    **IT IS SO ORDERED.**

3    Dated: 3/11/15

4    _____

5    NANDOR J. VADAS
     United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO G. LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>NICK NGUYEN, et al.,<br><br>Defendants. | Case No.  13-cv-03870-CRB   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 3/11/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fernando G. Lopez ID: AN-1753
CSP - S.Q. 1-H-84Low
San Quentin, CA 94974

Dated: 3/11/2015

Richard W. Wieking
Clerk, United States District Court

By
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3