1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FERNANDO G. LOPEZ, | Case No.   3:13-cv-03870-CRB |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| NICK NGUYEN, et. al., | |
| Defendants. | Complaint Filed: August 7, 2013 |

1  Pursuant to Civil Local Rules 16-2(e) and 7-1, the parties submit this stipulation to vary
2  the date of an upcoming case management conference:
3  WHEREAS, the Court held an initial Case Management Conference on November 13,
4  2015 (*see* Dkt. 48);
5  WHEREAS, the Court has scheduled a further Case Management Conference for January
6  15, 2016 at 10:00 a.m. (*see* Dkt. 48);
7  WHEREAS, the parties desire to continue the Case Management Conference until a later
8  date to avoid a conflict that has developed in counsel's schedule;
9  WHEREAS, this is the first scheduling modification requested by the parties;
10 WHEREAS, continuing the further Case Management Conference currently set for
11 January 15, 2016 is not anticipated to affect any other case deadlines set by the Court;
12 THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel
13 for the undersigned parties that the further Case Management Conference set for January 15,
14 2016, at 10:00 a.m., shall be continued to February 19, February 26, or such other later date that
15 is acceptable to the Court, preferably also scheduled for 10:00 a.m.

18  Dated: January 6, 2016

RICHARD S.J. HUNG (CA SBN 197425)
CHRISTOPHER L. ROBINSON (CA SBN 260778)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

By:  */s/ Christopher Robinson*
     CHRISTOPHER L. ROBINSON

Attorneys for Plaintiff
FERNANDO G. LOPEZ

| | |
|---|---|
| Dated: January 6, 2016 | ROBERT B. BURCHFIEL (CA SBN 112318)<br>Rankin \| Stock \| Heaberlin<br>96 North Third Street, Suite 500<br>San Jose, CA 95112-7709<br>(408) 293-0463 P ext. 1105<br>(408) 293-9514 F |
| | By:    */s/ Robert Burchfiel*<br>       ROBERT BURCHFIEL |
| | Attorneys for Defendants |

## ATTESTATION CLAUSE

I, Christopher Robinson, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that Robert Burchfiel has concurred in this filing.

| | |
|---|---|
| Dated: January 6, 2016 | MORRISON & FOERSTER LLP |
| | By:    */s/ Christopher Robinson*<br>       CHRISTOPHER L. ROBINSON |

**ORDER**

Good cause appearing, the Court hereby approves the above Stipulation.

**<u>PURSUANT TO STIPULATION, IT IS SO ORDERED</u>**

The Case Management Conference shall be continued to February 19, 2016 at 10:00 a.m..

Date:   January 8, 2016

_____
Honorable Charles R. Breyer
United States District Court Judge