UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO G. LOPEZ,<br><br>               Plaintiff,<br><br>     v.<br><br>SERGEANT CLOUS, AND OFFICERS NICK NGUYEN, KEN HENDERSON, ARIC ENOS, JUSTIN MEAD, LUIS MARTIN, JOHN PATE, individually and in their capacity as Police Officers of the SANTA CLARA COUNTY POLICE DEPARTMENT, in and for the State of California,,<br><br>               Defendant. | Case No.   3:13-cv-03870-CRB<br><br>**ORDER GRANTING PLAINTIFF FERNANDO G. LOPEZ'S PETITION FOR WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*** |

Fernando Lopez, inmate # AN-1753, a necessary and material witness in trial proceedings set to begin in this case on November 14, 2016, is confined in San Quentin State Prison, San Quentin, California, 94964, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of *Habeas Corpus Ad Testificandum* issue commanding the custodian to produce the inmate in Court, 17th Floor, Courtroom 6, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California, 94102, beginning on November 14, 2016, at 8:00 a.m., and continuing from day to day until completion of the proceedings or as ordered by the court.

**ACCORDINGLY, IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. Mr. Lopez will be permitted to change into a suit for the proceedings;

3. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

4. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of *habeas corpus ad testificandum* on the Out-To-Court Desk, California State Prison — Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
TO:  The Warden, San Quentin State Prison, San Quentin, California, 94964:

WE COMMAND you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

FURTHER, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: November 8, 2016

_____
Charles R. Breyer
United States District Judge